**UNITED STATES of America, Appellant, v. Joseph KELLERT, Appellee.**

No. 6780.

Circuit Court of Appeals, Ninth Circuit.
March 12, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

## PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal in this cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.